DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:15-cr-080-JCM-VCF** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREGORY ALLEN WATERS II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and William Carrico, Assistant Federal Public Defender, counsel for Defendant GREGORY ALLEN WATERS, II, that the date for the Government to file a response to the Defendant's Motion to Suppress Evidence (Docket #18) be extended for ten (10) days.

This stipulation is entered for the following reasons:

1. The Defendant's Motion was filed and served on May 21, 2015. A response is currently due on or before June 8, 2015. (PACER set the Government's response deadline for June 7, 2015, which fell on a Sunday.)

2. Undersigned counsel must conference with the involved officers in order to develop the facts necessary to provide a meaningful response to the Defendant's Motion. Undersigned counsel is in the process of scheduling meetings with the involved officers and will need time to complete those interviews.

3. The Defendant's trial is presently scheduled for September 14, 2015. Consequently, a brief continuance of the Government's response deadline is likely to have no effect on the current trial date.

4. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time to receive and review the "dash cam" video recording, and for the Government to have adequate time to prepare an appropriate response to the Defendant's Motion.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. This is the first stipulation filed herein to continue the Government's response deadline.

DATED: June 8, 2015.

/s/  
PHILLIP N. SMITH, JR.  
Assistant United States Attorney  
Counsel for the United States

/s/  
WILLIAM CARRICO  
Assistant Federal Public Defender  
Counsel for Defendant GREGORY WATERS II

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-cr-080-JCM-VCF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREGORY ALLEN WATERS II, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant's Motion was filed and served on May 21, 2015. A response is currently due on or before June 8, 2015. (PACER set the Government's response deadline for June 7, 2015, which fell on a Sunday.)

2. Undersigned counsel must conference with the involved officers in order to develop the facts necessary to provide a meaningful response to the Defendant's Motion. Undersigned counsel is in the process of scheduling meetings with the involved officers and will need time to complete those interviews.

3. The Defendant's trial is presently scheduled for September 14, 2015. Consequently, a brief continuance of the Government's response deadline is likely to have no effect on the current trial date.

4. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time to receive and review the "dash cam" video recording, and for the Government to have adequate time to prepare an appropriate response to the Defendant's Motion.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. This is the first stipulation filed herein to continue the Government's response deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion response deadline.

## CONCLUSIONS OF LAW

The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time to receive and review additional evidence, and to allow the Government adequate time to prepare a response to the Defendant's Motion to Suppress, taking into account due diligence. The failure to grant said continuance would likely result in a miscarriage of justice.

## ORDER

IT IS THEREFORE ORDERED, that the previously-scheduled response deadline for the Government to respond to the Defendant's Motion to Suppress (Docket #18) is extended until _June 18, 2015.

_____
UNITED STATES MAGISTRATE JUDGE