# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GREGORY ALLEN WATERS, II,<br><br>　　　　　　Defendant. | 2:15-cr-00080-JCM-VCF<br><br>**ORDER** |

　　　Before the court is Defendant's Motion to Recuse Assistant United States Attorney (#32).

　　　IT IS HEREBY ORDERED that any opposition to Defendant's Motion to Recuse Assistant United States Attorney (#32) must be filed on or before 12:00 p.m., September 10, 2015.

　　　IT IS FURTHER ORDERED that a hearing on Defendant's Motion to Recuse Assistant United States Attorney (#32) is scheduled for 9:00 a.m., September 11, 2015, in courtroom 3D.

　　　The U.S. Marshal is directed to transport defendant to and from the hearing.

　　　DATED this 8th day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE