UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

GREGORY ALLEN WATERS, II.,

          Defendant.

Case No. 2:15–cr–80–JCM–VCF

**ORDER**

      This matter involves the United Sates of America's prosecution of Defendant Gregory Allen Waters, II. Before the court is Waters' motion to dismiss for violation of his right to speedy trial (Doc. #54). Waters' motion was served on the Government on February 28, 2016. (Doc. #54 at 9). The Government's response was due on March 16, 2016. LCR 12-1(a)(2). As of March 17, 2016, no response has been filed. The Government will have until March 23, 2016 to file its response.

      ACCORDINGLY, and for good cause shown,

      IT IS HEREBY ORDERED that, on or before March 23, 2016, the Government must file its response to Waters' motion to dismiss (Doc. #54).

      IT IS SO ORDERED.

      DATED this 17th day of March, 2016.

                                                      _____

                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE