Lisa A. Rasmussen, Esq.
NV Bar No. 7491
**The Law Offices of Kristina Wildeveld & Associates**
550 E. Charleston Blvd., Suite A
Las Vegas, NV  89104
(702) 222-0007 | Fax (702) 222-0001
Lisa@Veldlaw.com

Attorney for GREGORY WATERS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GREGORY WATERS,<br><br>        Defendant. | Case No.: 2:15-CR-80 JCM-VCF<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE REPLY TO MOTION TO VACATE [74,76]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, through Elizabeth O. White Assistant United States Attorney, counsel for the United States of America, and Lisa Rasmussen, counsel for Gregory Waters as follows:

1. Mr. Waters would like an additional seven (7) days to file his Reply to the Motion to Vacate.
2. The government is not opposed to this request for a seven-day extension of time.
3. The reply is due on today's date and this stipulation is timely entered.

STIPULATION TO CONTINUE DEADLINE TO FILE REPLY TO MOTION TO VACATE [74,76] - 1

4. This request for a seven-day is not made for the purpose of delay, but rather is requested to provide counsel for Mr. Waters additional time to review the government's response and to conduct additional research.

IT IS SO STIPULATED.

Dated this 16th day of July 2020.

**WILDEVELD & ASSOCIATES,**

*/s/ Lisa A. Rasmussen*
_____
LISA A. RASMUSSEN, ESQ.
Counsel for Gregory Waters

**NICHOLAS TRUTANICH**
**United States Attorney**

*/s/ Elizabeth O. White*
_____
By:  Elizabeth O. White, AUSA
Counsel for the United States

### ORDER

Upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Defendant to file his Reply to the Motion to Vacate [ECF 74] is hereby extended to the 23rd day of July, 2020.

DATED: July 17, 2020.                   _____
The Honorable James C. Mahan
United States District Judge

STIPULATION TO CONTINUE DEADLINE TO FILE REPLY TO MOTION TO VACATE [74,76] - 2