# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

United States of America,

           Plaintiff,

v.

Gregory Allen Waters, II,

           Defendant.

JUDGMENT

Case Number: 2:15-cr-00080-JCM-VCF

(Related case: 2:20-cv-01076-JCM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Gregory Allen Waters's § 2255 motion is DENIED. IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

5/3/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk